-1-

1  JOHN A. RUSSO, City Attorney - SB #129729
   RANDOLPH W. HALL, Assistant City Attorney - SB #080142
2  RACHEL WAGNER, Supervising Trial Attorney - SB # 127246
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, California  94612
   Telephone:  (510) 238-4921
4  Fax:  (510) 238-6500
   Email:  rwagner@oaklandcityattorney.org
5  25404/407384

6  Attorneys for Defendants
   CITY OF OAKLAND, et al.
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 DEMETRIUS L. HARVEY,                    CASE NO. C07-01681

                Plaintiff,                 NOTICE OF MOTIONS AND MOTION
12                                         TO DISMISS AND MOTION FOR MORE
         v.                                DEFINITE STATEMENT
13
   CITY OF OAKLAND, a municipal            [F.R.C.P. 12b(6), 12(e)]
14 Corporation; OAKLAND POLICE
   DEPARTMENT; WAYNE TUCKER, Chief,
15 Oakland Police Department; DEPUTY       Date:  July 10, 2007
   CHIEF HOWARD JORDAN,                    Time:  9:30 a.m.
16 OAKLAND POLICE LIEUTENANT GIER,         Dept:  Courtroom 11, 19th floor
   OAKLAND POLICE LIEUTENANT
17 WHITMAN, OAKLAND POLICE OFFICER         The Honorable Martin J. Jenkins
   DOMINIQUE AROTZARENA,
18 OAKLAND POLICE OFFICER J. MORRIS,
   OAKLAND POLICE OFFICER MUSCHI,
19 OAKLAND POLICE OFFICER GUTIERREZ,
   In their official and individual capacities,
20 Does 1 through 50, inclusive.

21              Defendants.

22

23

24 TO PLAINTIFF IN PRO PER:

25      PLEASE TAKE NOTICE that on July 10, 2007, at 9:30 a.m.  or as soon as the

26

-1-

1    matter may be heard in Courtroom 11  of the above captioned Court, located at 450

2    Golden Gate Avenue, in San Francisco, CA, Defendants CITY OF OAKLAND, CHIEF

3    WAYNE TUCKER, DEPUTY CHIEF HOWARD JORDAN, OAKLAND POLICE

4    LIEUTENANT GIER, OAKLAND POLICE LIEUTENANT WHITMAN, OAKLAND POLICE

5

6    OFFICER DOMINIQUE AROTZARENA, OAKLAND POLICE OFFICER J. MORRIS,

7    OAKLAND POLICE OFFICER MUSCHI, OAKLAND POLICE OFFICER GUTIERREZ

8    ("City Defendants") will and hereby do move the Court for an order, (1) pursuant to

9    Federal Rule of Civil Procedure 12(b)(6),  dismissing certain causes of action in this case

10   for failure to state a claim as a matter of law, and (2) pursuant to Federal Rule of Civil

11

12   Procedure 12(e), directing plaintiff to provide a more definite statement in his complaint.

13        The motion to dismiss is made on the grounds that as to each of the causes of

14   action in plaintiff's complaint, plaintiff has failed to state a claim for which relief can be

15   granted. More specifically, the motion is based on the following grounds:

16        1.    Plaintiff's 42 U.S. §1983 claim for violation of due process (first cause of

17              action)  fails as to the "strip search" claim because the allegations concern

18              three county jails, not the City of Oakland's municipal custom or practice;

19

20        2.    The fifth and sixth causes of action under the California Constitution are

21              barred under California law prohibiting private actions for damages under

22              said sections of the California Constitution; and

23        3.    The California tort law claims (Second, Third and Fourth causes of action)

24              do not allege a statutory basis for liability against the City of Oakland.

25   The motion for a more definite statement under Rule 12(e) is made on the grounds

26

1  that the general allegations of fact do not identify which of eight named individuals

2  committed the alleged acts and, more importantly, the Causes of Action do not identify to

3  which of several defendants each is directed.

4          This motion is based on this Notice, the accompanying memorandum of points and

5  authorities, the complete files of this case, and any evidence or argument the Court may

6

7  entertain at the hearing of this matter.

8

9  Dated    June 4, 2007

10

11                                    JOHN A. RUSSO, City Attorney
                                      RANDOLPH W. HALL, Assistant City Attorney
12                                    RACHEL WAGNER, Supervising Trial Attorney

13

14                         By:    ___s/s_____
                                  Attorneys for Defendants
15                                CITY OF OAKLAND, et al.

16

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

-4-

-5-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**<u>PROOF OF SERVICE</u>**
**Harvey vs. City of Oakland**
**Case No. C07-01681 MJJ**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is City Hall, One City Hall Plaza, 6th Floor, Oakland, California  94612.  On date shown below, I served the within documents:

**NOTICE OF MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT**

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.

☐    by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐    by causing such envelope to be sent by Federal Express/Express Mail

**Demetrius L. Harvey**
**360 So. Helm Avenue**
**Fresno, CA   93727**
**Telephone:  559-255-1971**

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

Executed on June 4, 2007, at Oakland, California.

s/s_____
Deborah Walther