United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS L. HARVEY, | No. C07-01681 MJJ |
|     Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CITY OF OAKLAND, | |
|     Defendant. | |

The Court has received no opposition or statement of non-opposition from Plaintiff to Defendant's Motion to Dismiss and Motion for a More Definite Statement[1], which is scheduled for hearing on July 10, 2007. Under the Civil Local Rules, the opposition was due three weeks before the hearing date.

Plaintiff is hereby **ORDERED** to show good cause in writing, by June 28, 2007, why no opposition or statement of non-opposition has been filed to date, and why any tardy filing should be considered at this point given the guidelines of the Local Rules, as well as the Court's Standing Order for civil cases.

---

[1] Docket No. 16.

1    Plaintiff is **ORDERED** to file an opposition or statement of non-opposition concurrently
2 with the response to this order to show good cause.  Defendant may file a reply one week after
3 Plaintiff's opposition is filed.  Failure to respond to this order shall result in the imposition of
4 sanctions, which may include granting the motion.

6 **IT IS SO ORDERED.**

8 Dated: June 22, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS L. HARVEY, | Case Number: CV07-01681 MJJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | **ON NON E-FILING PARTY** |
| CITY OF OAKLAND et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 22, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Demetrius Harvey
360 So Helm Avenue
Fresno, CA 93727

Dated: June 22, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk