**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS L. HARVEY,<br><br>    Plaintiff(s),<br><br>  v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendant(s).<br>_____/ | No. C 07-1681 MJJ<br><br><br><br>**CLERK'S NOTICE RESETTING<br>MOTION HEARING** |

    THE PARTIES ARE HEREBY NOTIFIED that the Hearing re: Defendant's Motion to Dismiss in this matter will be heard **August 17, 2007** at **9:30 a.m.**, in Courtroom 11, 19th floor, San Francisco, before the Hon. Martin J. Jenkins. All parties are expected to appear in person, and to follow the court's instructions as set forth in the July 3, 2007 Order to Show Cause.

Dated: July 9, 2007                          FOR THE COURT,

                                              Richard W. Wieking, Clerk

                                              By:_____
                                                   Edward Butler
                                                   Courtroom Deputy

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEMETRIUS L. HARVEY,

        Plaintiff,

v.

CITY OF OAKLAND et al,

        Defendant.
_____/

Case Number: CV07-01681 MJJ

**CERTIFICATE OF SERVICE**

**ON NON E-FILING PARTY**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 9, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Demetrius Harvey
360 So Helm Avenue
Fresno, CA 93727

Dated: July 9, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk