IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS L. HARVEY,<br><br>   Plaintiff(s),<br><br>   v.<br><br>CITY OF OAKLAND, et al.,<br><br>   Defendant(s).<br>_____/ | No. C 07-1681 MJJ<br><br>**CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE HEARING** |

   YOU ARE NOTIFIED THAT that, upon the resetting of the hearing re: Defendant's Motion to Dismiss to August 7, 2007, the Court has accordingly rescheduled the **Initial Case Management Conference** hearing previously set for Tuesday, July 24, 2007 at 2:00 p.m. before the Honorable Martin J. Jenkins.  The hearing has been reset for **Tuesday, September 18, 2007 at 2:00 p.m.**

   Please report to Courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

   **A Joint or Separate Case Management Statement, as required under Local Rule**

**16-9, shall be provided to the Court by no later than <u>September 11, 2007.</u>** [1]

Dated: July 9, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

By:_____
    Edward Butler
    Courtroom Deputy

---

[1] 16-9. Case Management Statement and Proposed Order.

(a) Joint or Separate Case Management Statement. Unless otherwise ordered, no later than the date specified in FRCivP 26(f), counsel must file a Joint Case Management Statement addressing all of the topics set forth in the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement, which can be found on the Court's website located at http://www.cand.uscourts.gov. If one or more of the parties is not represented by counsel, the parties may file separate case management statements. If a party is unable, despite reasonable efforts, to obtain the cooperation of another party in the preparation of a joint statement, the complying party may file a separate case management statement, accompanied by a declaration describing the conduct of the uncooperative party which prevented the preparation of a joint statement. Separate statements must also address all of the topics set forth in the Standing Order referenced above.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS L. HARVEY, | Case Number: CV07-01681 MJJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | **ON NON E-FILING PARTY** |
| CITY OF OAKLAND et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 9, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Demetrius Harvey
360 So Helm Avenue
Fresno, CA 93727

Dated: July 9, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk