| | |
|---|---|
| 1 | JOHN A. RUSSO, City Attorney - SB #129729 |
| | RANDOLPH W. HALL, Assistant City Attorney - SB #080142 |
| 2 | RACHEL WAGNER, Supervising Trial Attorney - SB # 127246 |
| | One Frank H. Ogawa Plaza, 6th Floor |
| 3 | Oakland, California  94612 |
| | Telephone:  (510) 238-4921 |
| 4 | Fax:  (510) 238-6500 |
| | Email:  rwagner@oaklandcityattorney.org |
| 5 | 25404/413699 |

Attorneys for Defendants
CITY OF OAKLAND, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS L. HARVEY, | CASE NO. C07-01681 |
| Plaintiff, | NOTICE OF MOTIONS AND MOTION TO DISMISS FIRST AMENDED COMPLAINT AND MOTION FOR MORE DEFINITE STATEMENT |
| v. | |
| CITY OF OAKLAND, a municipal Corporation; OAKLAND POLICE DEPARTMENT; WAYNE TUCKER, Chief, Oakland Police Department; DEPUTY CHIEF HOWARD JORDAN, OAKLAND POLICE LIEUTENANT GIER, OAKLAND POLICE LIEUTENANT WHITMAN, OAKLAND POLICE OFFICER DOMINIQUE AROTZARENA, OAKLAND POLICE OFFICER J. MORRIS, OAKLAND POLICE OFFICER MUSCHI, OAKLAND POLICE OFFICER GUTIERREZ, In their official and individual capacities, Does 1 through 50, inclusive. | [F.R.C.P. 12b(6), 12(e)] |
| | Date:  September 11, 2007 |
| | Time:  9:30 a.m. |
| | Dept:  Courtroom 11, 19th floor |
| | The Honorable Martin J. Jenkins |
| Defendants. | |

**TO PLAINTIFF IN PRO PER:**

   **PLEASE TAKE NOTICE** that **on Tuesday, September 11, 2007, at 9:30 a.m**. or

as soon as the matter may be heard in Courtroom 11 of the above captioned Court, located at 450 Golden Gate Avenue, in San Francisco, CA, Defendants CITY OF OAKLAND, CHIEF WAYNE TUCKER, DEPUTY CHIEF HOWARD JORDAN, OAKLAND POLICE LIEUTENANT GIER, OAKLAND POLICE LIEUTENANT WHITMAN, OAKLAND POLICE OFFICER DOMINIQUE AROTZARENA, OAKLAND POLICE OFFICER J. MORRIS, OAKLAND POLICE OFFICER MUSCHI, OAKLAND POLICE OFFICER GUTIERREZ ("City Defendants") will and hereby do move the Court for an order, (1) pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing certain causes of action in this case for failure to state a claim as a matter of law, and (2) pursuant to Federal Rule of Civil Procedure 12(e), directing plaintiff to provide a more definite statement in his complaint.

      The motion to dismiss is made on the grounds that as to each of the causes of action in plaintiff's complaint, plaintiff has failed to state a claim for which relief can be granted. More specifically, the motion is based on the following grounds:

      1.    Plaintiff's First Cause of Action Under 42 U.S.C. Section 1983 Fails As A Matter of Law.

      2.    Plaintiff Improperly Relies on A Single Incident To Make A Monell Claim Under 42 U.S. Section 1983 (First Cause of Action).

      3.    Claims Based on Detention or Jailing Under A Facially Valid Arrest Warrant Have Been Rejected by Federal and California Courts (All Causes of Action).

      4.    Private Actions for Damages Are Not Permitted Under the California

1  Constitution, And Thus The Fifth and Sixth Causes of Action Should Be
2  Dismissed.
3  5.  Plaintiff's State Law Causes Of Action For False Arrest And Imprisonment,
4  Negligence, and Negligent Infliction of Emotional Distress Fail Against the
5  City For Failure to Identify A Statutory Enactment.
6.  Plaintiff Makes No Fact Allegations To Support Claims Broadly Made
   Against Several Individual Defendants (All Causes of Action).

The motion for more definite statement is made on the grounds that plaintiff has pleaded all six causes of action against "All Defendants," though plaintiff's allegations of fact allege no conduct by many of the named individual officers. The first amended complaint is vague and ambiguous in terms of several individual defendants and as to several of the causes of action brought against them.

These motions are based on the accompanying Memorandum of Points and Authorities and the files of the Court (including the initial Complaint and initial Motion to Dismiss) in this case.

Dated: August 6, 2007

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
RACHEL WAGNER, Supervising Trial Attorney

By: ____s/s____
Attorneys for Defendants
CITY OF OAKLAND, et al.

-3-

No. C07-01681 MJJ
Notice of Motions and Motion to Dismiss First Amended Complaint and Motion for More Definite Statement

**PROOF OF SERVICE**
**Harvey vs. City of Oakland**
**Case No. C07-01681 MJJ**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One City Hall Plaza, 6th Floor, Oakland, California 94612. On date shown below, I served the within documents:

**NOTICE OF MOTIONS AND MOTION TO DISMISS FIRST AMENDED COMPLAINT AND MOTION FOR MORE DEFINITE STATEMENT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by causing such envelope to be sent by Federal Express/Express Mail

**Demetrius L. Harvey**
**360 So. Helm Avenue**
**Fresno, CA   93727**
**Telephone:  559-255-1971**

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

Executed on August 6, 2007, at Oakland, California.

s/s_____
Deborah Walther

-4-

No. C07-01681 MJJ
Notice of Motions and Motion to Dismiss First Amended Complaint and Motion for More Definite Statement