| | |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

**DEMETRIUS HARVEY,**

    Plaintiff,

v.

**CITY OF OAKLAND, et al.,**

    Defendants,

_____/

No. **C-07-1681 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference** hearing scheduled for Tuesday, September 18, 2007 at 2:00 p.m. before the Honorable Martin J. Jenkins. The hearing has been reset for **November 20, 2007 at 2:00 p.m.** A joint statement from the parties is due ten (10) days prior to the conference.

Please report to Courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: 9/4/2007

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
    Edward Butler
    Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS L. HARVEY,<br><br>          Plaintiff,<br><br>  v.<br><br>CITY OF OAKLAND et al,<br><br>          Defendant. | Case Number: CV07-01681 MJJ<br><br>**CERTIFICATE OF SERVICE**<br><br>ON NON E-FILING PARTY |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 4, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Demetrius Harvey
360 So Helm Avenue
Fresno, CA 93727


Dated: September 4, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk