# CITY OF OAKLAND 

ONE FRANK OGAWA PLAZA • 6TH FLOOR • OAKLAND, CALIFORNIA   94612

Office of the City Attorney  
John R. Russo

(510) 238-3601  
FAX: (510) 238-6500

Rachel Wagner  
Supervising Trial Attorney

November 6, 2007

DD: (510) 238-4921

Hon. Martin J. Jenkins  
United States District Court  
450 Golden Gate Avenue  
San Francisco, CA   94102-3483

    Re:    Harvey v. City of Oakland  
           Case No. C07-01681

Dear Judge Jenkins:

    We are writing to inquire about the status of the case management conference scheduled for November 20, 2007.

    On October 16, 2007, the Court filed an order granting in part and denying in part defendants' motion to dismiss. Plaintiff was granted thirty days to amend his complaint in several regards. Until there is an operative complaint, with the particular causes of action and defendants that would remain in the case, it would be difficult to prepare Rule 26 disclosures and a case management conference statement.

    Accordingly, defendants had anticipated that the case management conference would take place a month or so <u>after</u> the amended complaint is filed. We are writing to inquire whether the Court will be rescheduling the case management conference or, alternatively, to request that the Court consider doing so.

    Thank you for your consideration of this matter.

                          Very truly yours,

                          s/s

                          Rachel Wagner  
                          Supervising Trial Attorney

cc:    Demetrius L. Harvey  
        360 So. Helm Avenue  
        Fresno, CA   93727

423223