IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS L. HARVEY,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF OAKLAND,<br><br>      Defendant.| No. C07-01681 MJJ<br><br>**ORDER GRANTING ADDITIONAL TIME TO AMEND COMPLAINT** |

On October 16, 2007, the Court issued an Order granting in part and denying in part Defendants' Motion to Dismiss and denying Defendants' Motion for a More Definite Statement ("October 16, 2007 Order"). (Docket No. 36.) Plaintiff had thirty days, from the entry of the October 16, 2007 Order, to amend his Complaint. Due to a clerical error, Plaintiff was not timely served. Therefore, Plaintiff shall have thirty days from the entry of *this* Order to amend his Complaint as detailed in the October 16, 2007 Order. The Clerk of the Court is directed to serve this Order on Plaintiff.

**IT IS SO ORDERED.**

Dated: November 13, 2007

                                              MARTIN J. JENKINS
                                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS L. HARVEY,<br><br>            Plaintiff,<br><br>   v.<br><br>CITY OF OAKLAND et al,<br><br>            Defendant.<br>_____/ | Case Number: CV07-01681 MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Demetrius Harvey
360 So Helm Avenue
Fresno, CA 93727


Dated: November 14, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk