IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**HARVEY,**

        Plaintiff(s),

  v.

**CITY OF OAKLAND, et al.,**

        Defendant(s),
_____/

No. **C07-01681 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

Unfortunately, YOU ARE NOTIFIED THAT the **Case Management Conference** scheduled for Tuesday, January 29, 2008, before The Honorable Martin J. Jenkins, is **vacated.** A new hearing date and time will be issued upon reassignment of another judge.

Dated: January 28, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ Monica Narcisse
Monica Narcisse
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS L. HARVEY,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND et al,<br><br>        Defendant. | Case Number: CV07-01681 MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Demetrius Harvey
360 So Helm Avenue
Fresno, CA 93727


Dated: January 28, 2008

*MNarcisse*
Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk