# CERTIFICATE OF SERVICE

Demetrius L. Harvey )
)
) CASE NO. C07-01681-MJJ
)
Plaintiff, )
)
vs. )
City of Oakland, et al )
)
Defendants. )

I, the undersigned, hereby certify that I am over eighteen years of age and not a party to the above-entitled action.

That on February 1, 2008, I served a true and correct copy of the attached: **CLERK'S NOTICE** by placing such paper(s) in a postage paid envelope to the person listed below, by depositing said envelope in the U.S. Mail.

**Rachel Wagner**
**ONE FRANK H. OGAWA PLAZA, 6TH FLOOR**
**OAKLAND, CALIFORNIA 94612**

Chinyere Snowden
360 S. Helm Ave.
Fresno, Ca. 93727

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HARVEY,

        Plaintiff(s),

v.

CITY OF OAKLAND, et al.,

        Defendant(s),

No. C07-01681 MJJ

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

Unfortunately, YOU ARE NOTIFIED THAT the **Case Management Conference** scheduled for Tuesday, January 29, 2008, before The Honorable Martin J. Jenkins, is **vacated.** A new hearing date and time will be issued upon reassignment of another judge.

Dated: January 28, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Monica Narcisse
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.