**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number
Clerk                                                                                              415.522.2000

**February 21, 2008**

CASE NUMBER:  CV 07-01681 PJH
CASE TITLE:  DEMETRIUS L. HARVEY-v-CITY OF OAKLAND

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Saundra B. Armstrong** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 2/21/08

                                                                    FOR THE EXECUTIVE COMMITTEE:

                                                                    _____/s/ Richard W. Wieking_____
                                                                                        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                         Entered in Computer 2/21/08ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA