**CERTIFICATE OF SERVICE**

FILED

MAR - 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Demetrius L. Harvey )
)
) CASE NO. **CO7- 01681 SBA**
)
        Plaintiff, )
)
        vs. )
City of Oakland, et al )
)
)
        Defendants. )
_____)

I, the undersigned, hereby certify that I am over eighteen years of age and not a party to the above-entitled action.

        That on March 4 , 2008, I served a true and correct copy of the attached: **CASE MANAGEMENT SCHEDULING FOR REASSIGNED CIVIL CASES** by placing such paper(s) in a postage paid envelope to the person listed below, by depositing said envelope in the U.S. Mail.

**Rachel Wagner**
**ONE FRANK H. OGAWA PLAZA, 6TH FLOOR**
**OAKLAND, CALIFORNIA 94612**

Chinyere Snowden
360 S. Helm Ave.
Fresno, Ca. 93727

FILED

FEB 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEMETRIUS L. HARVERY,

        Plaintiff,

  v.

CITY OF OAKLAND,

        Defendant.

_____/

No. C 07-01681 SBA

**CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASES**

    This action having been reassigned to the Honorable Saundra Brown Armstrong,

    IT IS ORDERED that this action is assigned to the Case Management Program and shall be governed by Civil L.R. 16-2. The dates listed in the Order Setting Initial Case Management Conference remain in effect except that the initial Case Management Conference is rescheduled for **April 2, 2008, at 2:30 p.m.**, via telephone.

    **Plaintiff's** counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559. **(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.)**

    Plaintiff(s) is directed to serve a copy of this Order at once on all parties to this action in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure not enrolled in the e-filing program. Following service, the party causing the service shall file a certificate of service with the Clerk of Court.

Dated: 2/22/08

_Saundra B. Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

United States District Court
For the Northern District of California