UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 4/2/08

C-07-01681 SBA             **JUDGE:** SAUNDRA BROWN ARMSTRONG

**Title:**     HARVEY vs. CITY OF OAKLAND ET AL
**Atty.:**   PRO PER                    RACHAEL WAGNER

**Deputy Clerk:** Lisa R. Clark         **Court Reporter:** N/R
**PROCEEDINGS**
Plt   DFT
( )  ( ) 1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( )  ( ) 2.
( )  ( ) 3.
( )  ( ) 4.
( ) Motion(s)    ( ) Granted     ( ) Denied       ( ) Off Calendar
         ( ) Granted/Part  ( ) Denied/Part   ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( )Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to_____for a Telephone Case Management Conference at  p.m.
Case Continued to_____for  OSC RE:_____
Case Continued to_____for_____Motion Hearing
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
General Discovery Cut-off  9/2/08     Expert Discovery Cut-off_____
Plft to name Experts by_____Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off) 10/21/08
Case Continued to 12/2/08   for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due 11/11/08    Motions in limine/objections to evidence due 11/18/08
Responses to motions in limine and/or responses to objections to evidence due 11/25/08
Case Continued to 12/8/08   for Trial(Court/**Jury:** 5   Days) at 8:30 a.m.
(X) REFERRED  TO  MAGISTRATE  TO BE ASSIGNED   FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 **Notes:** MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 10/22-11/7/08 BEFORE A MAGISTRATE JUDGE
cc: WINGS HOM VIA FAX