August 1, 2008

Honorable Judge Sandra Brown Armstrong
U.S. Northern District Court - Courtroom 3
1301 Clay Street, Ca. 94612

FILED
AUG - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

    Harvey v. City of Oakland, et. al
    Case: No. C07- 01681

    REQUEST FOR VOLUNTEER COUNSEL - FEDERAL PRO BONO PROJECT

Dear Honorable Judge Armstrong,

    I am writing this letter for the Court to consider my case for the Project. I believe that I meet the requirements as follows:

    1). I am in Pro Se;
    2). The Court granted leave for me to file in forma pauperis.( Doc. No. 4)
    3). I have contacted at least five (5) attorneys, maybe more. Some of them wanted to know if I was harmed physically by the police officers, others were not taking any more cases at this time, and the ones from Fresno said it would be too costly for them to travel. Plus some wanted up-front money to look into the case in which I still do not have.

    My income status basically has not change that much. I am currently unemployed and I do received Government assistance (AFDC) for my two nephews and myself.

    The discovery process is very important, especially depositions which are costly. I know that my chances of success regarding having this case prosecuted on it's merits, are very limited without an attorney. By allowing an attorney from the Program to prosecute the case instead of myself as a "pro se", would be in the interests of justice. I am hoping the Court will refer me to the Volunteer Legal Services Program.

    I would like to thank the Court in advance for its consideration in this matter.

    Respectfully submitted,
    Demetrius L. Harvey



Office of the Clerk US District Court
Northern District of California
1301 Clay St. Suite 400-S
Oakland, CA. 94612-5212

Demetrius L. Harvey
360 S. Helm Ave.
Fresno, CA. 93727