|   |   |
|---|---|
| | **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA**<br>**OAKLAND DIVISION** |
| DEMETRIUS L. HARVEY, | No. C 07-01681 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 64] |
| CITY OF OAKLAND, | |
| Defendant. | |

**REQUEST BEFORE THE COURT**

Before the Court is Plaintiff's "Request for Volunteer Counsel -- Federal Pro Bono Project." [Docket No. 64]. For the following reasons, the Court DENIES the Motion without prejudice.

**BACKGROUND**

On March 19, 2007, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 in which he alleges a violation of his Fourth and Fourteenth Amendment rights based on having been detained for more than 10 days in custody after an allegedly erroenous arrest.

Plaintiff's Application to Proceed *In Forma Pauperis* ("IFP") was granted on April 3, 2007. [Docket No. 4]. Following Judge Hamilton's recusal, the case was reassigned to this Court on February 21, 2008. [Docket No. 55].

On August 1, 2008, Plaintiff submitted an unverified letter requesting volunteer counsel through the Federal Pro Bono Project (the "Project"). [Docket No. 64]. In the letter, Plaintiff explains that he meets the requirements under the Project: he is *pro se*, he has IFP status and he has been unsuccessful in retaining an attorney.

Specifically, Plaintiff states that he has "contacted at least five (5) attorneys, some who wanted to know if [he] was harmed physically by the police officers, others were not taking any more cases at this time, and the ones from Fresno said it would be too costly for them to travel. Plus some wanted up-front money to look into the case in which [he] still does not have." Plaintiff believes that his claim is meritorious and that he requires legal assistance in order to conduct costly

discovery.

## LEGAL STANDARD

An indigent litigant who may lose his or her physical liberty, if they lose a litigation, has a right to the appointment of counsel. *See Lassiter v. Dep't of Soc. Servs.*, 452 U.S. 18, 25 (1981). In, contrast, there is no statutory right to counsel in civil cases. *Rand v. Rowland,* 113 F.3d 1520, 1525 (9th Cir. 1997). However, under 28 U.S.C. § 1915(e)(1), a district court has the discretion to appoint counsel to represent an "indigent civil litigant," but only under "exceptional circumstances." *Aldabe v. Aldabe*, 616 F.2d 1089, 1093 (9th Cir. 1980).

Further, the Court will not consider a referral or appointment unless a (1) pro per litigant, (2) proceeding *in forma pauperis*, (3) has failed in their reasonable efforts to retain private counsel, including but not limited to contacting a California State Bar-approved lawyer referral service. Guidelines for Fed. Pro Bono Project of N.D. Cal. (the "Guidelines") ¶ 1.

## ANALYSIS

In this case, Plaintiff is not faced with loss of his physical liberty should he lose, so he is not entitled to an appointed counsel under *Lassiter*. The Court will consider, however, whether he meets the requirements of the Guidelines. Plaintiff meets the first two Guidelines requirements because he is a pro se litigant with IFP status.

Plaintiff does not, however, meet the third Guidelines requirement based on his submission. First, the plaintiff does not present his description of attempts to secure counsel in a sworn petition. Second, Plaintiff has not demonstrated he has used "reasonable (but unsuccessful) efforts to . . . locate counsel through a California State Bar-approved lawyer referral service." This is a critical requirement for a litigant who wishes the Court to refer it to the Project for a volunteer attorney, and the plaintiff has not met it.

Accordingly, the Court DENIES without prejudice the plaintiff's "Request for Volunteer Counsel -- Federal Pro Bono Project" and grants Plaintiff leave to amend his request upon complying with the Guidelines.

IT IS SO ORDERED.

September 3, 2008

_____
Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HARVEY et al,

       Plaintiff,

  v.

CITY OF OAKLAND et al,

       Defendant.

Case Number: CV07-01681 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Demetrius Harvey
360 South Helm Avenue
Fresno, CA 93727

Dated: September 4, 2008

       Richard W. Wieking, Clerk
       By: LISA R CLARK, Deputy Clerk